IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID WEAVER**                                                                                  **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 1:08-cv-156-HSO-JMR**

**SHERIFF DAVID ALLISON**                                          **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to FED.R.CIV.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE